[No. 62534-9-I.   Division One.   September 21, 2009.]

VICTORIA M. LUHRS, *Appellant*, v. WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-02403-1, Bruce I. Weiss, J., entered October 14, 2008. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Ellington and Leach, JJ.

[No. 62567-5-I.   Division One.   September 21, 2009.]

SANDRA WESTERN BUTLER ET AL., *Appellants*, v. THE 13TH REGIONAL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-06248-3, Julie A. Spector, J., entered October 3, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 62704-0-I.   Division One.   September 21, 2009.]

CHIN Y. HAYNEN, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-11600-0, Deborah D. Fleck, J., entered November 7, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 63817-3-I.   Division One.   September 21, 2009.]

*In the Matter of the Detention of* JOEL VANCE LAWSON.

THE STATE OF WASHINGTON, *Respondent*, v. JOEL VANCE LAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-12161-6, Thomas Felnagle, J., entered February 11, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.